AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| United States of America<br><br>v.<br><br>Marco Antonio Garay,<br><br>Defendant. | Case No. 2:20-MJ-01563 |

FILED
CLERK, U.S. DISTRICT COURT
04/07/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DM _____ DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 20, 2019, in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1073 | Unlawful Flight to Avoid Prosecution |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

Dustin B. Drace
*Complainant's signature*

Dustin B. Drace, Special Agent – FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 4/7/20

/S/ CHARLES F. EICK
*Judge's signature*

City and state: Los Angeles, California

Hon. Charles F. Eick, U.S. Magistrate Judge
*Printed name and title*

AUSA: David R. Friedman, x7418

**AFFIDAVIT**

I, Dustin B. Drace, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant for defendant MARCO ANTONIO GARAY ("GARAY") for Unlawful Flight to Avoid Prosecution, in violation of Title 18, United States Code, Section 1073.

2. The information contained herein is based on my participation in this investigation and my training and experience, as well as my conversations with other law enforcement officers and my review of various law enforcement documents. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. BACKGROUND OF SPECIAL AGENT DUSTIN B. DRACE

3. I am a Special Agent with the Federal Bureau of Investigation ("FBI") assigned to the Los Angeles Field Office and have been so employed for over 2 years. Prior to being assigned to the Los Angeles Field Office, I received approximately 21 weeks of full time, formalized education and training at the FBI Agent Training Academy in Quantico, Virginia. This training included but was not limited to conducting fugitive investigations, drug identification,

1

detection, interdiction, and money laundering techniques. I have also received on-the-job training from Special Agents of the FBI who have significant investigative experience and are recognized experts in their respective fields of investigation. I have been a member of the FBI Joint Terrorism Task Force ("JTTF") for approximately one year. In that capacity, I investigate National Security matters to include International Terrorism and Domestic Terrorism.

4. I have assisted in fugitive investigations with the FBI/Los Angeles Police Department ("LAPD") Fugitive Task Force for over one year. In that capacity, I have participated in numerous fugitive investigations, and have personally participated in approximately a dozen fugitive arrests.

5. Based upon my training and experience with the FBI, as well as conversations that I have had with other, more experienced agents and law enforcement officers who specialize in fugitive investigations, I am familiar with the methods utilized by fugitives to avoid detection and capture by law enforcement. I have also spoken with agents, as well as other law enforcement officers, about their experiences and the results of their investigations and interviews. Through my conversations with these agents and other law enforcement officers, coupled with my investigation of National Security subjects attempting to evade detection by law enforcement, I am knowledgeable in the methods and modes of fugitives to include the techniques, tactics and procedures they employ to avoid arrest.

### III. SUMMARY OF PROBABLE CAUSE

6. On January 20, 2019, MARCO ANTONIO GARAY ("GARAY") shot and killed OSCAR RUIZ ("RUIZ").

7. GARAY's family helped him evade arrest and flee the scene on the night of the murder.

8. Several sources of evidence, including phone records, social media records, and border crossing records, suggest that GARAY eventually fled the country and may be living in the Rosarito, Mexico area.

### IV. SUMMARY OF PROBABLE CAUSE

9. From my review of Los Angeles County Sheriff's Department ("LASD") reports, and conversations with other law enforcement agents, I am aware of the following:

**A.  GARAY Is Wanted for Murder**

10. On January 20, 2019, at approximately 12:30 A.M., GARAY shot and killed RUIZ. GARAY shot RUIZ in front of a residence located at 17112 Downey Avenue, Bellflower, California. According to witnesses, GARAY killed RUIZ following a verbal and physical altercation between numerous attendees of a party taking place at the residence. After the shooting, GARAY fled the scene on foot.

11. On February 22, 2019, a fully extraditable felony warrant was issued by the Superior Court of the State of California, County of Los Angeles, for GARAY. This warrant (number LCVA15004301) alleges that GARAY committed one count of murder, in violation of California Penal Code 187(a).

### B. Phone Records Reveal That GARAY's Family Helped Him Evade Arrest

12. On or about January 22, 2019, a state search warrant was obtained for historical Call Detail Records ("CDRs") and cell-site information for a cellular telephone number subscribed to, and believed to be used by, GARAY. The records obtained for this phone number revealed Global Positioning Satellite ("GPS") coordinates, as well as text messages between GARAY and several family members and known associates.

13. Analysis of the historical CDRs and text messages revealed that GARAY was in contact with CINDY GARAY ("C. GARAY"), his wife, on the night of the murder. In a series of text messages that night, C. GARAY advised GARAY that her brother, JESUS OROPEZA ("OROPEZA") and her mother were driving around looking for GARAY.

14. The LASD also obtained historical CDRs and text messages for a phone number used by OROPEZA. These CDRs showed that GARAY and OROPEZA were in contact following the murder. In addition, the text messages showed that OROPEZA was aware that GARAY was hiding from law enforcement and assisted him in evading the LASD. Specifically, OROPEZA assisted GARAY by notifying him of the locations of the LASD deputies that were attempting to contain the murder scene.

15. The following text message conversation took place between GARAY and OROPEZA on January 20, 2019, shortly after the murder occurred:

> 12:58 AM **OROPEZA:** "Want me to pick you up"

        1:08 AM **OROPEZA:** "Ill pass by for youuuu"

        1:16 AM **GARAY:** "I'm by Lakewood."

        1:18 AM **OROPEZA:** "On my way!"

        1:23 AM **OROPEZA:** "Just got off the freeway on Lakewood."

        1:42 AM **OROPEZA:** "Yeah, Hide my moms watching ur back right their."

        1:45 AM **OROPEZA:** "I'm here come over asap."

16. Analysis of the cell-site information and GPS coordinates for the respective phones used by GARAY and OROPEZA revealed that these phones left the area of Lakewood, California together on the night of January 20, 2019. On or about January 21, 2019, GPS coordinates for the phone used by GARAY indicated that the phone was stationary. The LASD recovered this phone, which appeared to have been abandoned by GARAY.

    **C.    GARAY Appears To Be Hiding In Rosarito, Mexico**

17. The LASD's analysis of historical CDRs and text message details revealed that JULIETA GARAY ("J. GARAY"), GARAY's sister, frequently speaks with GARAY.

18. Using departmental resources, law enforcement were able to identify email and social media accounts associated with the cellular telephone number used by J. GARAY. In particular, law enforcement determined that the Gmail account garayjulie48@gmail.com is associated with the cellular telephone number used by J. GARAY. The LASD obtained records obtained for this Gmail account, which included GPS location information.

19. GARAY's birthday is on May 26. On or about May 26, 2019, the GPS location information for J. GARAY's Gmail account revealed that her cellular phone was located in the Rosarito, Mexico area. On May 28, 2019, border crossing records revealed a northbound crossing by J. GARAY from Mexico into the United States through the San Ysidro Land Port of Entry.

20. Law enforcement also obtained records for a Snapchat account with the username garayjulie48. These records revealed a photo in the "memories" file of the Snapchat account that appeared to be a photo of GARAY dated August 18, 2019. The GPS location information for J. GARAY's Gmail account revealed that J. GARAY was in the Rosarito, Mexico area on or around the date of the timestamp on the photo of GARAY.

21. Border crossing records show that a car driven by J. GARAY made a southbound crossing into Mexico through the San Ysidro Land Port of Entry on August 17, 2019. On August 20, 2019, this same vehicle made a northbound crossing from Mexico into the United States through the San Ysidro Land Port of Entry.

22. Based on these records, I believe that GARAY has fled the country and may be hiding in the Rosarito, Mexico area.

//
//
//
//
//
//

## CONCLUSION

23. For all the reasons described above, there is probable cause to believe that GARAY has violated Title 18, United States Code, Section 1073: Unlawful Flight to Avoid Prosecution.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this _7th_ day of
April, 2020.


    /S/ CHARLES F. EICK
HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE